Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
**BLAKELY LAW GROUP**
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON SHOE COMPANY, a Washington Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-04328-PA-KES<br><br>**PLAINTIFF DECKERS OUTDOOR CORPORATION'S ANSWER TO COUNTERCLAIM OF DEFENDANT WASHINGTON SHOE COMPANY**<br><br>**JURY TRIAL DEMANDED**<br><br>**Hon. Percy Anderson** |

Plaintiff Deckers Outdoor Corporation ("Deckers") hereby provides its Answer to the Counterclaim of Defendant-Counterclaimant Washington Shoe Company ("Washington Shoe") and states as follows:

## COUNTERCLAIM OF WASHINGTON SHOE COMPANY

## THE PARTIES

1. Deckers does not believe that a response is required to Paragraph 1 of the Washington Shoe Company's Counterclaim. To the extent a response is required, Deckers admits that according to public documents filed with the Washington Secretary of State Washington Shoe Company is a Washington Corporation with a principal place business located at 5530 S. 226th Street, Kent, Washington, 98032.

2. Deckers admits the allegations in Paragraph 2.

## JURISDICTION AND VENUE

3. Deckers does not believe that a response is required to Paragraph 3 of the Counterclaim. To the extent a response is required, Deckers admits that an actual and present controversy exists between Washington Shoe and Deckers with respect to Deckers' claims in its Complaint but denies the remaining allegations of Paragraph 3.

4. Deckers does not believe that a response is required to Paragraph 4 of the Counterclaim. To the extent a response is required, Deckers admits that this Court has personal jurisdiction over Washington Shoe.

5. Deckers does not believe that a response is required to Paragraph 5 of the Counterclaim. To the extent a response is required, Deckers admits that venue is proper.

## BACKGROUND

6. Deckers admits that Washington Shoe is in the business of selling footwear. Deckers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 6, and, on that basis, denies these allegations.

7. Deckers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 7, and, on that basis, denies these allegations.

8. Deckers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 8, and, on that basis, denies these allegations.

9. Deckers admits that Washington Shoe is in the business of selling its products under Chooka®. Deckers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 9, and, on that basis, denies these allegations.

## FIRST COUNTERCLAIM
**(Declaratory Judgement of Invalidity and Non-Infringement of Deckers'**

**alleged Trade Dress)**

10. Deckers incorporates by references each of the foregoing paragraphs as though fully set forth herein.

11. Deckers does not believe that a response is required to Paragraph 11 of the Counterclaim. To the extent a response is required, Deckers admits that Washington Shoe purportedly seeks a determination that Deckers' trade dress claims are meritless, but denies there exists any basis for such allegations and denies that Washington Shoe is entitled to any declaratory relief sought.

12. Deckers does not believe that a response is required to Paragraph 12 of the Counterclaim. To the extent a response is required, Deckers admits that Washington Shoe purportedly seeks a determination that Deckers' trade dress claims are invalid and not protectable but denies there exists any basis for such allegations and denies that Washington Shoe is entitled to any declaratory relief sought.

13. Deckers does not believe that a response is required to Paragraph 13 of the Counterclaim. To the extent a response is required, Deckers admits that it has a valid and protectable trade dress in the Yoga Sling Trade Dress and that an actual and present controversy exists between Washington Shoe and Deckers with respect to Deckers' claims in its Complaint but denies the remaining allegations of Paragraph 13.

14. Deckers denies the allegations in Paragraph 14.

15. Deckers denies the allegations in Paragraph 15.

16. Deckers does not believe that a response is required to Paragraph 16 of the Counterclaim. To the extent a response is required, Deckers admits that Washington Shoe purportedly seeks a determination that Deckers' trade dress claims are invalid, but denies there exists any basis for such allegations and denies that Washington Shoe is entitled to any declaratory relief sought.

17. Deckers denies the allegations in Paragraph 17.

18. Deckers denies the allegations in Paragraph 18.

19. Deckers admits that it has a valid trade dress interest in the Yoga Sling

1  Sandal. Deckers denies the remaining allegations in Paragraph 19.

2      20.   Deckers admits that similarities exist between Sanuk® Yoga Sling Sandal
3  and the Washington Shoe's Chooka® sandals. Deckers denies the remaining allegations
4  in Paragraph 20.

## PRAYER FOR RELIEF

6      Deckers denies that Washington Shoe Company is entitled to any of the relief
7  sought in its prayer for relief.

9   Dated:      August 26, 2021       **BLAKELY LAW GROUP**

11                                     By:   */s/ Jamie Fountain*
12                                           Brent H. Blakely
                                             Jamie Fountain
13                                           *Attorneys for Plaintiff*
                                             *Deckers Outdoor Corporation*

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Deckers Outdoor Corporation hereby demands a trial by jury as to all Counterclaims in this Civil Action.

Dated: August 26, 2021　　　**BLAKELY LAW GROUP**

　　　　　　　　　　　　　　　By:　*/s/ Jamie Fountain*
　　　　　　　　　　　　　　　　　Brent H. Blakely
　　　　　　　　　　　　　　　　　Jamie Fountain
　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***
　　　　　　　　　　　　　　　　　***Deckers Outdoor Corporation***